UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEDICAL MUTUAL OF OHIO, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No.<br>22-10302-FDS |

MEMORANDUM AND ORDER ON
DEFENDANT'S MOTION TO TRANSFER, STAY, OR DISMISS

**SAYLOR, C.J.**

For the reasons set forth in this Court's Memorandum and Order on Defendant's Motion to Transfer, Stay, or Dismiss in *Blue Cross & Blue Shield of Mass., Inc., et al. v. Regeneron Pharm., Inc.*, No. 1:21-cv-12094-FDS (D. Mass.), defendant's motion to transfer is DENIED, defendant's motion to stay is GRANTED, and this proceeding is hereby STAYED pending further order of the court.

**So Ordered.**

/s/ F. Dennis Saylor, IV
F. Dennis Saylor IV
Dated: September 27, 2022      Chief Judge, United States District Court